# FILED IN INCORRECT CASE

## Image Removed